IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARTY WAYNE BELL, ID # 1112384,<br>Petitioner,<br>vs.<br>NATHANIEL QUARTERMAN, Director,<br>Texas Department of Criminal<br>Justice, Correctional Institutions Division,<br>Respondent. | No. 3:05-CV-0272-D |

### ORDER

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and petitioner's objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned concludes that the sindings and conclusions of the magistrate judge are correct and they are adopted as the findings and conclusions of the court.

**SIGNED August 16, 2007.**

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE